UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**John Doe**

        Plaintiff

    V.

CIVIL ACTION

NO. 1:22-11982-GAO

**Massachusetts Teachers Association**

        Defendant

## ORDER OF DISMISSAL

O'TOOLE, D. J.

    Pursuant to Plaintiff's NOTICE OF VOLUNTARY DISMISSAL (Dkt. No. 28), dated April 28, 2023, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED <u>without</u> prejudice.

                              By the Court,

5/26/2023                                 /s/ Flaviana de Oliveira
Date                                       Deputy Clerk